UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINA GHEZELAYAGH,

                                        Plaintiff,

            -against-

HUNTER GIMBEL, GABER GROUP, GIMBEL
LI, INC., GIMBEL NY, INC., PENN MUTUAL
LIFE INSURANCE COMPANY, EMPIRE
WEALTH STRATEGIES, and FREDERIC
GABER,

                                        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____  12/09/2019

**ORDER SCHEDULING TELEPHONE
CONFERENCE**

**18-CV-11003 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A telephone conference will be held on **Thursday, December 12, 2019 at 4:45 p.m.**

Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with

counsel for all parties on the line.  Please dial 212-805-0234.

        SO ORDERED.

Dated: December 9, 2019
        New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge